# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>EDWARD SCHAFER )<br>      Defendant. ) | Case No.: 3:19-CR-47 DLR |

## REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO DISMISS

Edward Schafer now replies to the government's response.

The government contends that by placing the required mental state, knowingly, following the possession clause, which also asserts the commerce connection and a prior conviction, it has fully informed the defendant regarding the nature of the offense. Specifically, the government says "…'knowingly' modifies the list in front of it."

If the government is correct, it has also misadvised the defendant that it must also prove he knew the firearm(s) had affected interstate or foreign commerce because the mental state allegation follows that element as well.

The indictment should be dismissed.

Dated: <u>September 5, 2019</u>          Respectfully submitted,

                                               Federal Community Defenders, Inc.

                                  By:    <u>s/ David E. Vandercoy</u>
                                                 David E. Vandercoy, Staff Attorney
                                                 227 S. Main Street, Suite 100
                                                 South Bend, IN 46601
                                                 Phone: (574) 245-7393
                                                 Fax: (574) 245-7394
                                                 eMail: david_vandercoy@fd.org

EXHIBIT A